Exhibit 2

Charted Claim: Apparatus Claim: 1

| CLAIM 1<br>(US8562149B2) | Visitech LUXBEAM Rapid System LRS-4KA ("Accused Product") |
|---|---|
| 1. 1. A digital micromirror device module, comprising: | The accused product utilizes a digital micromirror device module (DMD module).<br><br><br><br>https://visitech.com/product/lrs-4ka-ac-performance/ |

# VISITECH
## Creating images - together



# LUXBEAM® RAPID SYSTEM – LRS-4KA

| Electrical connections | Signal | | Connectors |
|---|---|---|---|
| Power supply | 12 V DC | | Neutrik 3 pin XLR Male |
| Data | HDMI or DP | | HDMI and DisplayPort |
| Communication Option 1 | USB | | USB Type B |
| LED Safety Switch | LED Enable/disable | | Hirose HR25A-7R-4S |
| Electrical Sync I/O | External frame synchronization | | RS485 |
| Optical Sync I/O | External frame synchronization | | |
| **Properties** | | | |
| DMD Type | DLP660TE (2716 x 1528 Pixels) | | |
| Resolution | 8,3 million addressable pixels (UHD-4k images with optical actuator) | | |
| Projector Output Power | Up to 3,5 W | | |
| LED Options | Monochrome R, G, B, 405 nm, (380 nm), other wavelengths upon request | | |
| Power Uniformity | > 80% native | | |
| Size w/o lens | 180 mm (L) x 140 mm (B) x 228 mm (H) | | |
| Total weight w/o PSU | 4 kg | | |
| Power consumption | 200 W | | |
| DLL API and GUI | available | | |
| **Lens Options** | **Magnification** | **Pixel Pitch in Image** | **Build Size [mm²]** |
| LRS-4KA 14x | 14,0 : 1 | 75,0 micron | 204 x 115 |
| LRS-4KA 17x | 17,0 : 1 | 90,0 micron | 245 x 138 |

All specifications and features subject to change (v1.0).

https://visitech.com/wp-content/uploads/2018/12/LRS-4KA.pdf

Case 2:25-cv-00848-JRG   Document 1-2   Filed 08/22/25   Page 4 of 32 PageID #:  25



**TEXAS INSTRUMENTS**

### 7.1 Application Information

Texas Instruments DLP technology is a micro-electro-mechanical systems (MEMS) technology that modulates light using a digital micromirror device (DMD). DMDs vary in resolution and size and can contain over 8-million micromirrors. Each micromirror of a DMD can represent either one or more pixels on the display and is independently controlled, synchronized with color sequential illumination, to create stunning images on any surface. DLP technology enables a wide variety of display products worldwide, from tiny projection modules embedded in smartphones to high powered digital cinema projectors, and emerging display products such as digital signage and laser TV.

The most recent class of chipsets from Texas Instruments is based on a breakthrough micromirror technology, called TRP. With a smaller pixel pitch of 5.4 μm and increased tilt angle of 17 degrees, TRP chipsets enable higher resolution in a smaller form factor and enhanced image processing features while maintaining high optical efficiency. DLP chipsets are a great fit for any system that requires high resolution and high brightness displays.

The following orderables have been replaced by the DLP660TE.

## 1 Features

- 0.66-inch diagonal micromirror array
  - System displays 4K ultra-high definition (UHD) 3840 × 2160 pixels on the screen
  - 5.4-micron micromirror pitch
  - ±17° micromirror tilt (relative to a flat surface)
  - Bottom illumination
- 2xLVDS input data bus
- The DLP660TE chipset includes:

  - DLP660TE DMD
  - DLPC4420 controller
  - DLPA100 controller power management and motor driver IC

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803

## 6.2 Functional Block Diagram



Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803

### 7.2.1 Design Requirements

At the high level, DLP660TE DMD systems will include an illumination source, a light engine, electronic components, and software. The designer must first choose an illumination source and design the optical engine taking into consideration the relationship between the optics and the illumination source. The designer must then understand the electronic components of a DLP660TE DMD system, which is made up of a DMD board and formatter board. The DMD board channels image data to and powers the DMD chip. The formatter board supports the rest of the electronic components, which can include an FPGA, the DLPC4420 display controller, power supplies, and drivers for illumination sources, color wheels, fans, and dynamic optical components.

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803



**DLP660TE Simplified Application**

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803

| a flexible connection device comprising a plurality of conducting wires and an external insulation layer, wherein said conducting wires are discretely arranged and | The accused product discloses a flexible connection device (e.g., upper layers of flexible board) comprising a plurality of conducting wires and an external insulation layer (e.g., conducting interconnects with insulation layer), wherein said conducting wires are discretely arranged and encapsulated by said external insulation layer. |
|---|---|

| encapsulated by said external insulation layer; | The accused product discloses a DMD module. The module has a DMD unit which connects with a flexible board of the module. The board is a solid device which will expand (e.g., flexible connection device) with the rise in temperature of the DMD unit. The DMD unit connects with conductive layer of the board encapsulated with insulation layer. |
|---|---|

 

## LUXBEAM® RAPID SYSTEM – LRS-4KA

| Electrical connections | Signal | Connectors | |
|---|---|---|---|
| Power supply | 12 V DC | Neutrik 3 pin XLR Male | |
| Data | HDMI or DP | HDMI and DisplayPort | |
| Communication Option 1 | USB | USB Type B | |
| LED Safety Switch | LED Enable/disable | Hirose HR25A-7R-4S | |
| Electrical Sync I/O | External frame synchronization | RS485 | |
| Optical Sync I/O | External frame synchronization | | |
| **Properties** | | | |
| DMD Type | DLP660TE (2716 x 1528 Pixels) | | |
| Resolution | 8,3 million addressable pixels (UHD-4k images with optical actuator) | | |
| Projector Output Power | Up to 3,5 W | | |
| LED Options | Monochrome R, G, B, 405 nm, (380 nm), other wavelengths upon request | | |
| Power Uniformity | > 80% native | | |
| Size w/o lens | 180 mm (L) x 140 mm (B) x 228 mm (H) | | |
| Total weight w/o PSU | 4 kg | | |
| Power consumption | 200 W | | |
| DLL API and GUI | available | | |

| Lens Options | Magnification | Pixel Pitch in Image | Build Size [mm²] |
|---|---|---|---|
| LRS-4KA 14x | 14,0 : 1 | 75,0 micron | 204 x 115 |
| LRS-4KA 17x | 17,0 : 1 | 90,0 micron | 245 x 138 |

All specifications and features subject to change (v1.0).

https://visitech.com/wp-content/uploads/2018/12/LRS-4KA.pdf



### 7.1 Application Information

Texas Instruments DLP technology is a micro-electro-mechanical systems (MEMS) technology that modulates light using a digital micromirror device (DMD). DMDs vary in resolution and size and can contain over 8-million micromirrors. Each micromirror of a DMD can represent either one or more pixels on the display and is independently controlled, synchronized with color sequential illumination, to create stunning images on any surface. DLP technology enables a wide variety of display products worldwide, from tiny projection modules embedded in smartphones to high powered digital cinema projectors, and emerging display products such as digital signage and laser TV.

The most recent class of chipsets from Texas Instruments is based on a breakthrough micromirror technology, called TRP. With a smaller pixel pitch of 5.4 µm and increased tilt angle of 17 degrees, TRP chipsets enable higher resolution in a smaller form factor and enhanced image processing features while maintaining high optical efficiency. DLP chipsets are a great fit for any system that requires high resolution and high brightness displays.

The following orderables have been replaced by the DLP660TE.

## 1 Features

- 0.66-inch diagonal micromirror array
  - System displays 4K ultra-high definition (UHD) 3840 × 2160 pixels on the screen
  - 5.4-micron micromirror pitch
  - ±17° micromirror tilt (relative to a flat surface)
  - Bottom illumination
- 2xLVDS input data bus
- The DLP660TE chipset includes:

  - DLP660TE DMD
  - DLPC4420 controller
  - DLPA100 controller power management and motor driver IC

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803

## 6.2 Functional Block Diagram



Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803

### 7.2.1 Design Requirements

At the high level, DLP660TE DMD systems will include an illumination source, a light engine, electronic components, and software. The designer must first choose an illumination source and design the optical engine taking into consideration the relationship between the optics and the illumination source. The designer must then understand the electronic components of a DLP660TE DMD system, which is made up of a DMD board and formatter board. The DMD board channels image data to and powers the DMD chip. The formatter board supports the rest of the electronic components, which can include an FPGA, the DLPC4420 display controller, power supplies, and drivers for illumination sources, color wheels, fans, and dynamic optical components.

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803



**DLP660TE Simplified Application**

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803



Source: https://www.ti.com/lit/ug/dlpu077a/dlpu077a.pdf

A general flexible board comprises conducting copper wires enclosed by an insulating layer.



Source: https://www.linkedin.com/pulse/what-inner-layer-pcb-rayming-techonloy-wf8mc

| a digital micromirror device unit disposed on said external insulation layer of said flexible connection device and electrically connected with said conducting wires of said flexible connection device; | The accused product comprises a digital micromirror device unit (e.g., DMD unit) disposed on said external insulation layer of said flexible connection device (e.g., upper layers of flexible board) and electrically connected with said conducting wires of said flexible connection device (e.g., upper layers of flexible board). |
|---|---|





## LUXBEAM® RAPID SYSTEM – LRS-4KA

| Electrical connections | Signal | | Connectors | |
|---|---|---|---|---|
| Power supply | 12 V DC | | Neutrik 3 pin XLR Male | |
| Data | HDMI or DP | | HDMI and DisplayPort | |
| Communication Option 1 | USB | | USB Type B | |
| LED Safety Switch | LED Enable/disable | | Hirose HR25A-7R-4S | |
| Electrical Sync I/O | External frame synchronization | | RS485 | |
| Optical Sync I/O | External frame synchronization | | | |
| **Properties** | | | | |
| DMD Type | DLP660TE (2716 x 1528 Pixels) | | | |
| Resolution | 8,3 million addressable pixels (UHD-4k images with optical actuator) | | | |
| Projector Output Power | Up to 3,5 W | | | |
| LED Options | Monochrome R, G, B, 405 nm, (380 nm), other wavelengths upon request | | | |
| Power Uniformity | > 80% native | | | |
| Size w/o lens | 180 mm (L) x 140 mm (B) x 228 mm (H) | | | |
| Total weight w/o PSU | 4 kg | | | |
| Power consumption | 200 W | | | |
| DLL API and GUI | available | | | |
| **Lens Options** | Magnification | Pixel Pitch in Image | Build Size [mm²] | |
| LRS-4KA 14x | 14,0 : 1 | 75,0 micron | 204 x 115 | |
| LRS-4KA 17x | 17,0 : 1 | 90,0 micron | 245 x 138 | |

All specifications and features subject to change (v1.0).

https://visitech.com/wp-content/uploads/2018/12/LRS-4KA.pdf



**7.1 Application Information**

Texas Instruments DLP technology is a micro-electro-mechanical systems (MEMS) technology that modulates light using a digital micromirror device (DMD). DMDs vary in resolution and size and can contain over 8-million micromirrors. Each micromirror of a DMD can represent either one or more pixels on the display and is independently controlled, synchronized with color sequential illumination, to create stunning images on any surface. DLP technology enables a wide variety of display products worldwide, from tiny projection modules embedded in smartphones to high powered digital cinema projectors, and emerging display products such as digital signage and laser TV.

The most recent class of chipsets from Texas Instruments is based on a breakthrough micromirror technology, called TRP. With a smaller pixel pitch of 5.4 µm and increased tilt angle of 17 degrees, TRP chipsets enable higher resolution in a smaller form factor and enhanced image processing features while maintaining high optical efficiency. DLP chipsets are a great fit for any system that requires high resolution and high brightness displays.

The following orderables have been replaced by the DLP660TE.

## 1 Features

- 0.66-inch diagonal micromirror array
  - System displays 4K ultra-high definition (UHD) 3840 × 2160 pixels on the screen
  - 5.4-micron micromirror pitch
  - ±17° micromirror tilt (relative to a flat surface)
  - Bottom illumination
- 2xLVDS input data bus
- The DLP660TE chipset includes:

  - DLP660TE DMD
  - DLPC4420 controller
  - DLPA100 controller power management and motor driver IC

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803

### 6.2 Functional Block Diagram



Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803

### 7.2.1 Design Requirements

At the high level, DLP660TE DMD systems will include an illumination source, a light engine, electronic components, and software. The designer must first choose an illumination source and design the optical engine taking into consideration the relationship between the optics and the illumination source. The designer must then understand the electronic components of a DLP660TE DMD system, which is made up of a DMD board and formatter board. The DMD board channels image data to and powers the DMD chip. The formatter board supports the rest of the electronic components, which can include an FPGA, the DLPC4420 display controller, power supplies, and drivers for illumination sources, color wheels, fans, and dynamic optical components.

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803



**DLP660TE Simplified Application**

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803



Source: https://www.ti.com/lit/ug/dlpu077a/dlpu077a.pdf

A general flexible board comprises conducting copper wires enclosed by an insulating layer.



Source: https://www.linkedin.com/pulse/what-inner-layer-pcb-rayming-techonloy-wf8mc

| a supporting plate for supporting said digital micromirror device unit and fixing an edge part of said flexible connection device; and | The accused product discloses a supporting plate (e.g., a bottom layer of the flexible board) for supporting said digital micromirror device unit (e.g., DMD unit) and fixing an edge part (e.g., bottom edge part) of said flexible connection device (e.g., upper layers of flexible board). |



**Creating images - together**



## LUXBEAM® RAPID SYSTEM – LRS-4KA

| Electrical connections | Signal | | Connectors | |
|---|---|---|---|---|
| Power supply | 12 V DC | | Neutrik 3 pin XLR Male | |
| Data | HDMI or DP | | HDMI and DisplayPort | |
| Communication Option 1 | USB | | USB Type B | |
| LED Safety Switch | LED Enable/disable | | Hirose HR25A-7R-4S | |
| Electrical Sync I/O | External frame synchronization | | RS485 | |
| Optical Sync I/O | External frame synchronization | | | |
| **Properties** | | | | |
| DMD Type | DLP660TE (2716 x 1528 Pixels) | | | |
| Resolution | 8,3 million addressable pixels (UHD-4k images with optical actuator) | | | |
| Projector Output Power | Up to 3,5 W | | | |
| LED Options | Monochrome R, G, B, 405 nm, (380 nm), other wavelengths upon request | | | |
| Power Uniformity | > 80% native | | | |
| Size w/o lens | 180 mm (L) x 140 mm (B) x 228 mm (H) | | | |
| Total weight w/o PSU | 4 kg | | | |
| Power consumption | 200 W | | | |
| DLL API and GUI | available | | | |
| **Lens Options** | **Magnification** | **Pixel Pitch in Image** | **Build Size [mm²]** | |
| LRS-4KA 14x | 14,0 : 1 | 75,0 micron | 204 x 115 | |
| LRS-4KA 17x | 17,0 : 1 | 90,0 micron | 245 x 138 | |

All specifications and features subject to change (v1.0).

https://visitech.com/wp-content/uploads/2018/12/LRS-4KA.pdf



**7.1 Application Information**

Texas Instruments DLP technology is a micro-electro-mechanical systems (MEMS) technology that modulates light using a digital micromirror device (DMD). DMDs vary in resolution and size and can contain over 8-million micromirrors. Each micromirror of a DMD can represent either one or more pixels on the display and is independently controlled, synchronized with color sequential illumination, to create stunning images on any surface. DLP technology enables a wide variety of display products worldwide, from tiny projection modules embedded in smartphones to high powered digital cinema projectors, and emerging display products such as digital signage and laser TV.

The most recent class of chipsets from Texas Instruments is based on a breakthrough micromirror technology, called TRP. With a smaller pixel pitch of 5.4 µm and increased tilt angle of 17 degrees, TRP chipsets enable higher resolution in a smaller form factor and enhanced image processing features while maintaining high optical efficiency. DLP chipsets are a great fit for any system that requires high resolution and high brightness displays.

The following orderables have been replaced by the DLP660TE.

## 1 Features

- 0.66-inch diagonal micromirror array
  - System displays 4K ultra-high definition (UHD) 3840 × 2160 pixels on the screen
  - 5.4-micron micromirror pitch
  - ±17° micromirror tilt (relative to a flat surface)
  - Bottom illumination
- 2xLVDS input data bus
- The DLP660TE chipset includes:
  - DLP660TE DMD
  - DLPC4420 controller
  - DLPA100 controller power management and motor driver IC

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803

## 6.2 Functional Block Diagram



Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803

### 7.2.1 Design Requirements

At the high level, DLP660TE DMD systems will include an illumination source, a light engine, electronic components, and software. The designer must first choose an illumination source and design the optical engine taking into consideration the relationship between the optics and the illumination source. The designer must then understand the electronic components of a DLP660TE DMD system, which is made up of a DMD board and formatter board. The DMD board channels image data to and powers the DMD chip. The formatter board supports the rest of the electronic components, which can include an FPGA, the DLPC4420 display controller, power supplies, and drivers for illumination sources, color wheels, fans, and dynamic optical components.

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803



**DLP660TE Simplified Application**

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803



Source: https://www.ti.com/lit/ug/dlpu077a/dlpu077a.pdf

A general flexible board comprises conducting copper wires enclosed by an insulating layer.



Source: https://www.linkedin.com/pulse/what-inner-layer-pcb-rayming-techonloy-wf8mc

| | Source: https://www.linkedin.com/pulse/what-inner-layer-pcb-rayming-techonloy-wf8mc |
|---|---|
| a connecting interface arranged at a lateral end of said flexible connection device and connected with said conducting wires. | The accused product comprises a connecting interface (e.g., flexible cable connection) arranged at a lateral end of said flexible connection device (e.g., upper layers of flexible board) and connected with said conducting wires.   **LUXBEAM® RAPID SYSTEM – LRS-4KA**<br><br>https://visitech.com/wp-content/uploads/2018/12/LRS-4KA.pdf |

**LUXBEAM® RAPID SYSTEM – LRS-4KA**

| Electrical connections | Signal | | Connectors |
|---|---|---|---|
| Power supply | 12 V DC | | Neutrik 3 pin XLR Male |
| Data | HDMI or DP | | HDMI and DisplayPort |
| Communication Option 1 | USB | | USB Type B |
| LED Safety Switch | LED Enable/disable | | Hirose HR25A-7R-4S |
| Electrical Sync I/O | External frame synchronization | | RS485 |
| Optical Sync I/O | External frame synchronization | | |

| Properties | | | |
|---|---|---|---|
| DMD Type | DLP660TE (2716 x 1528 Pixels) | | |
| Resolution | 8,3 million addressable pixels (UHD-4k images with optical actuator) | | |
| Projector Output Power | Up to 3,5 W | | |
| LED Options | Monochrome R, G, B, 405 nm, (380 nm), other wavelengths upon request | | |
| Power Uniformity | > 80% native | | |
| Size w/o lens | 180 mm (L) x 140 mm (B) x 228 mm (H) | | |
| Total weight w/o PSU | 4 kg | | |
| Power consumption | 200 W | | |
| DLL API and GUI | available | | |

| Lens Options | Magnification | Pixel Pitch in Image | Build Size [mm²] |
|---|---|---|---|
| LRS-4KA 14x | 14,0 : 1 | 75,0 micron | 204 x 115 |
| LRS-4KA 17x | 17,0 : 1 | 90,0 micron | 245 x 138 |

All specifications and features subject to change (v1.0).



## 7.1 Application Information

Texas Instruments DLP technology is a micro-electro-mechanical systems (MEMS) technology that modulates light using a digital micromirror device (DMD). DMDs vary in resolution and size and can contain over 8-million micromirrors. Each micromirror of a DMD can represent either one or more pixels on the display and is independently controlled, synchronized with color sequential illumination, to create stunning images on any surface. DLP technology enables a wide variety of display products worldwide, from tiny projection modules embedded in smartphones to high powered digital cinema projectors, and emerging display products such as digital signage and laser TV.

The most recent class of chipsets from Texas Instruments is based on a breakthrough micromirror technology, called TRP. With a smaller pixel pitch of 5.4 μm and increased tilt angle of 17 degrees, TRP chipsets enable higher resolution in a smaller form factor and enhanced image processing features while maintaining high optical efficiency. DLP chipsets are a great fit for any system that requires high resolution and high brightness displays.

The following orderables have been replaced by the DLP660TE.

## 1 Features

- 0.66-inch diagonal micromirror array
  - System displays 4K ultra-high definition (UHD) 3840 × 2160 pixels on the screen
  - 5.4-micron micromirror pitch
  - ±17° micromirror tilt (relative to a flat surface)
  - Bottom illumination
- 2xLVDS input data bus
- The DLP660TE chipset includes:
  - DLP660TE DMD
  - DLPC4420 controller
  - DLPA100 controller power management and motor driver IC

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803

## 6.2 Functional Block Diagram



Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803

**7.2.1 Design Requirements**

At the high level, DLP660TE DMD systems will include an illumination source, a light engine, electronic components, and software. The designer must first choose an illumination source and design the optical engine taking into consideration the relationship between the optics and the illumination source. The designer must then understand the electronic components of a DLP660TE DMD system, which is made up of a DMD board and formatter board. The DMD board channels image data to and powers the DMD chip. The formatter board supports the rest of the electronic components, which can include an FPGA, the DLPC4420 display controller, power supplies, and drivers for illumination sources, color wheels, fans, and dynamic optical components.

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803



**DLP660TE Simplified Application**

Source: https://www.ti.com/lit/ds/symlink/dlp660te.pdf?ts=1750871703803



Source: https://www.ti.com/lit/ug/dlpu077a/dlpu077a.pdf



Source: https://www.ti.com/lit/ug/dlpu077a/dlpu077a.pdf

A general flexible board comprises conducting copper wires enclosed by an insulating layer.



Source: https://www.linkedin.com/pulse/what-inner-layer-pcb-rayming-techonloy-wf8mc



Source: https://www.linkedin.com/pulse/what-inner-layer-pcb-rayming-techonloy-wf8mc